## UNITED SETATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
ROBIN G. DIDONATO,                     )
                Plaintiff              )
                                       )
v.                                     )   Civil No.  10-12074
                                       )
                                       )
J.A. CAMBECE LAW OFFICE, P.C. and      )
CACH , LLC.,                           )
                Defendants             )
_____
```

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this action with prejudice.

                          ROBIN G. DIDONATO
                          By her attorney:

                          */s/Kenneth D. Quat*
                          BBO #408640
                          QUAT LAW OFFICES
                          678 Massachusetts Avenue, Suite 702
                          Cambridge MA 02139
                          617-492-0522
                          kquat@quatlaw.com